USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1447 MIGUEL A. BREA, Plaintiff, Appellant, v. LARRY E. DUBOIS, COMMISSIONER OF CORRECTIONS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Miguel Angel Brea on brief pro se. _________________ Nancy A. White, Special Assistant Attorney General, and Herbert _______________ _______ C. Hanson, Senior Litigation Attorney, Department of Correction, on _________ Motion for Summary Disposition, for appellee. ____________________ August 27, 1996 ____________________ Per Curiam. We affirm for the reasons stated by __________ the district court. Despite an opportunity to amend, plaintiff failed to allege any action or inaction rising to the level of deliberate indifference to plaintiff's needs and therefore failed to state an Eighth Amendment claim. See ___ Wilson v. Seiter, 501 U.S. 294 (1991) (deliberate ___________________ indifference standard). Nor did he state any other constitutional claim. Plaintiff may pursue whatever state causes of action he believes he may have in state court. Plaintiff's motion to strike appellee's motion for summary disposition is denied. Affirmed. See Loc. R. 27.1. ________ ___ -2-